IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | | |
|---|---|---|
| Daniel C. Luberda by his appointed agent Daniel L. Luberda, | ) ) ) | Civil Action No. 4:13-cv-00897-RBH |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| Purdue Frederick Corp., Purdue Pharma L.P., The Purdue Pharma Company, Purdue Pharmaceutical Products L.P., Purdue Pharma Technologies Inc., Purdue Pharma of North Carolina Limited Partnership, Purdue Pharmaceutical Laboratories Limited Partnership, Purdue Products L.P., Purdue Pharmaceuticals Limited Partnership, Michael Friedman, Paul Goldenheim, M.D., John N. Stewart, and Russell Gasdia, | ) ) ) ) ) ) ) ) ) ) ) ) ) | **CONSENT ORDER** |
| Defendants. | ) ) | |

This matter comes before the Court by way of consent of the parties remaining in this case.

On March 28, 2014, this Court ruled on various Motions to Dismiss filed by Defendants in this matter, specifically as follows: DE number 126, Motion to Dismiss filed by Defendant, Scott Fishman; DE number 129, Motion to Dismiss filed by Defendants Perry Fine, Russell Portnoy, Alan Spanos, and Lynn Webster; DE number 133, Motion to Dismiss filed by Robin Abrams, et al and the Purdue Defendants; and DE number 143, Motion to Dismiss filed by Defendant Michael Friedman.

In its rulings on these Motions, which are set forth in the March 28, 2014 Order, DE number 186, the Court dismissed certain of the Defendants and gave Plaintiff leave to file a Second Amended Complaint within 15 days of the entry of the March 28, 2014 Order.  The remaining individual Defendants (Paul Goldenheim, MD, Michael Friedman, Russell Gasdia, and John N. Stewart) and the remaining Purdue corporate Defendants shall respond to Plaintiff's Second Amended Complaint within the time period set forth in the Federal Rules of Civil Procedure, as may be extended by agreement of the parties.

With regard to the Plaintiff's First Amended Complaint, DE number 13, which was the subject of the Motions to Dismiss, the Defendants remaining in the case are not required to file a response to the First Amended Complaint.  Instead, the remaining Defendants shall respond to the Second Amended Complaint, as set forth above.

IT IS SO ORDERED.

s/R. Bryan Harwell
R. Bryan Harwell
United States District Judge

April 2, 2014

Florence, South Carolina

**WE CONSENT:**

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: s/Susan M. Glenn
    Susan M. Glenn
    Federal Bar No. 5240
    E-Mail: susie.glenn@nelsonmullins.com
    Erin R. Stuckey
    Federal Bar No. 9868
    E-Mail: erin.stuckey@nelsonmullins.com
    1320 Main Street / 17th Floor
    Post Office Box 11070 (29211-1070)
    Columbia, SC  29201
    (803) 799-2000

**KING & SPALDING LLP**
Chilton D. Varner
Georgia Bar No. 725450
E-mail: cvarner@kslaw.com
Stephen B. Devereaux
Georgia Bar No. 219791
E-mail:  sdevereaux@kslaw.com
1180 Peachtree Street NE
Atlanta, GA 30309-3521
(404) 572-4600 (Telephone)
(404) 572 5100 (Facsimile)

Eric M. Wachter
D.C. Bar No. 995136
E-mail: ewachter@kslaw.com
Danielle M. Brim
D.C. Bar No. 983737
E-mail: dbrim@kslaw.com
1700 Pennsylvania Avenue, NW
Washington, DC 20006-4707
(202) 737-0500 (Telephone)
(202) 626-3737 (Facsimile)

Attorneys for The Purdue Frederick Company Inc.; Purdue Pharma L.P.; The Purdue Pharma Company; Purdue Pharmaceutical Products L.P.; Purdue Pharma Technologies Inc.; Purdue Products L.P.; Purdue Pharmaceuticals L.P.;

3

Michael Friedman; Russell Gasdia; Paul Goldenheim, M.D.; and John H. Stewart

**WE CONSENT:**

By: s/Carla F. Grabert-Lowenstein
    Carla F. Grabert-Lowenstein
    Federal Bar No. 10496
    E-Mail: cfgl@earthlink.net
    314 Main Street
    Conway, SC 29526
    (843) 488-0912

    Lloyd M. Cueto
    IL Bar No. 6292629; MO Bar No. 60376
    7110 West Main Street
    Belleville, IL 62223
    (618) 277-1554

Attorneys for the Plaintiff